NOVEMBER 13, 1956.

No. 2. HOLOPHANE CO., INC., *v.* UNITED STATES. ▇

Argued November 5, 1956. Decided November 13, 1956. *Per Curiam:* The Court unanimously affirms the judgment and decree of the District Court except paragraph XI, and that paragraph is affirmed by an equally divided Court. MR. JUSTICE HARLAN took no part in the consideration or decision of this case. *Richard F. Stevens* argued the cause for appellant. With him on the brief were *Howard F. Burns, Shepard Broad* and *Lewis Horwitz. Daniel M. Friedman* argued the cause for the United States. With him on the brief were *Solicitor General Rankin* and *Assistant Attorney General Hansen.* ▇

No. 342. GAYLE ET AL., MEMBERS OF THE BOARD OF COMMISSIONERS OF MONTGOMERY, ALABAMA, ET AL. *v.* BROWDER ET AL.; and

No. 343. OWEN ET AL., MEMBERS OF THE ALABAMA PUBLIC SERVICE COMMISSION, ET AL. *v.* BROWDER ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Brown* v. *Board of Education,* 347 U. S. 483; *Mayor and City Council of Baltimore* v. *Dawson,* 350 U. S. 877; *Holmes* v. *Atlanta,* 350 U. S. 879.

*Walter J. Knabe* for appellants in No. 342. *John Patterson,* Attorney General of Alabama, and *William N. McQueen* and *Gordon Madison,* Assistant Attorneys General, for appellants in No. 343. *Robert L. Carter* and *Thurgood Marshall* for appellees in No. 343. Reported below: 142 F. Supp. 707.